LVOV Acupuncture, P.C. v Nationwide Ins. Co. (2020 NY Slip Op
51339(U))

[*1]

LVOV Acupuncture, P.C. v Nationwide Ins. Co.

2020 NY Slip Op 51339(U) [69 Misc 3d 140(A)]

Decided on November 6, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 6, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, BERNICE D. SIEGAL, JJ

2018-2277 K C

LVOV Acupuncture, P.C., as Assignee of
Ozhan Tastaban, Appellant, 
against
Nationwide Ins. Co., Respondent. 

Kopelevich & Feldsherova, P.C. (David Landfair of counsel), for appellant.
Law Office of Kevin J. Philbin (Lawrence Wolkow of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Sharon
Bourne-Clarke, J.), entered October 16, 2018. The order granted defendant's motion for summary
judgment dismissing the complaint.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, the Civil Court
granted defendant's motion for summary judgment dismissing the complaint on the ground that
defendant had fully paid plaintiff for the services at issue.
Contrary to plaintiff's contention, the affidavit executed by defendant's certified medical
coder, submitted in support of defendant's motion, established that defendant had properly used
the workers' compensation fee schedule to determine the amount which plaintiff was entitled to
receive for the services in question (see
Quality Comprehensive Med. Care, P.C. v New York Cent. Mut. Fire Ins. Co., 65 Misc 3d
143[A], 2019 NY Slip Op 51734[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists
2019]; see also Sama Physical Therapy,
P.C. v American Tr. Ins. Co., 53 Misc 3d 129[A], 2016 NY Slip Op 51359[U] [App
Term, 2d Dept, 2d, 11th & 13th Jud Dists 2016]). Plaintiff failed to rebut defendant's
showing, and plaintiff's remaining contention lacks merit.
Accordingly, the order is affirmed.
ALIOTTA, P.J., ELLIOT and SIEGAL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 6, 2020